| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-07920<br>Northern District of Illinois<br>Eastern Division<br>Wed Jul 20 09:34:42 CDT 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5491 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Jesse Colbert<br>924 Garden Lane<br>Homewood, IL 60430-2046 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |